**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VITALIZE OFFICIAL LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-06518<br><br>HONORABLE JUDGE EDMOND E. CHANG<br><br>MAGISTRATE JUDGE GABRIEL A. FUENTES |

# **EXHIBIT 1 TO THE AMENDED COMPLAINT**

# VITALIZE OFFICIAL LLC (Nello)

## TRADEMARKS

| SUPERCALM | NELLO | SUPERCALM |
|---|---|---|
| (U.S. Reg. No. 7,158,736) | (U.S. Reg. No. 7,242,188) | (U.S. Reg. No. 7,800,114) |
| Dietary and nutritional supplements; Dietary supplement drink mixes; Natural dietary supplements for the treatment of stress; Natural supplements for treating depression and anxiety; Powdered nutritional supplement drink mix | Powdered nutritional supplement drink mix for human consumption | Powdered nutritional supplement drink mix for human consumption. |
| nello | SUPER CALM | SUPER CALM |
| (U.S. Reg. No. 7,800,113) | (U.S. Reg. No. 7,802,827) | (U.S. Reg. No. 7,802,826) |
| Powdered nutritional supplement drink mix for human consumption. | Powdered nutritional supplement drink mix for human consumption. | Powdered nutritional supplement drink mix for human consumption. |

# United States of America
## United States Patent and Trademark Office

# SUPERCALM

**Reg. No. 7,158,736**
**Registered Sep. 05, 2023**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

VITALIZE OFFICIAL LLC (UTAH LIMITED LIABILITY COMPANY)
1072 W 530 S
AMERICAN FORK, UTAH 84003

CLASS 5: Dietary and nutritional supplements; Dietary supplement drink mixes; Natural dietary supplements for the treatment of stress; Natural supplements for treating depression and anxiety; Powdered nutritional supplement drink mix

FIRST USE 5-6-2022; IN COMMERCE 5-6-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-196,310, FILED 12-30-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# NELLO

**Reg. No. 7,242,188**
**Registered Dec. 12, 2023**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

VITALIZE OFFICIAL LLC  (UTAH LIMITED LIABILITY COMPANY)
1072 W 530 S
American Fork, UTAH 84003

CLASS 5: Powdered nutritional supplement drink mix for human consumption

FIRST USE 2-15-2022; IN COMMERCE 2-15-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-670,657, FILED 11-09-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# SUPER*CALM*

**Reg. No. 7,800,114**  
**Registered May 20, 2025**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Vitalize Official LLC (Utah LIMITED LIABILITY COMPANY)  
1072 W 530 S  
American Fork, UTAH 84003

CLASS 5: Powdered nutritional supplement drink mix for human consumption

FIRST USE 2-15-2022; IN COMMERCE 2-15-2022

SER. NO. 98-705,738, FILED 08-19-2024

*[signature]*

Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# nello

**Reg. No. 7,800,113**  
**Registered May 20, 2025**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Vitalize Official LLC (Utah LIMITED LIABILITY COMPANY)  
1072 W 530 S  
American Fork, UTAH 84003

CLASS 5: Powdered nutritional supplement drink mix for human consumption

FIRST USE 2-15-2022; IN COMMERCE 2-15-2022

The mark consists of literal element "NELLO" in stylized font.

SER. NO. 98-705,733, FILED 08-19-2024



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# SUPER *CALM*

**Reg. No. 7,802,827**  
**Registered May 20, 2025**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

Vitalize Official LLC (Utah LIMITED LIABILITY COMPANY)  
1072 W 530 S  
American Fork, UTAH 84003

CLASS 5: Powdered nutritional supplement drink mix for human consumption

FIRST USE 2-15-2022; IN COMMERCE 2-15-2022

SER. NO. 98-732,616, FILED 09-04-2024

*Acting Director of the United States Patent and Trademark Office*



# United States of America
### United States Patent and Trademark Office

# SUPER CALM

**Reg. No. 7,802,826**

**Registered May 20, 2025**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Vitalize Official LLC (Utah LIMITED LIABILITY COMPANY)
1072 W 530 S
American Fork, UTAH 84003

CLASS 5: Powdered nutritional supplement drink mix for human consumption

FIRST USE 2-15-2022; IN COMMERCE 2-15-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-732,610, FILED 09-04-2024

*Acting Director of the United States Patent and Trademark Office*

