**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

VITALIZE OFFICIAL LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:25-CV-06518

HONORABLE JUDGE EDMOND E. CHANG

MAGISTRATE JUDGE GABRIEL A. FUENTES

## EXHIBIT 2 TO THE AMENDED COMPLAINT

# VITALIZE OFFICIAL LLC (Nello)

## SUPERCALM COPYRIGHTS

| Super Calm Pouch Variety Pack | Super Calm Stick Pack | Super Calm Tub Pack |
|---|---|---|
| (U.S. Copyright Reg. No. VA0002421988) | (U.S. Copyright Reg. No. VA0002421986) | (U.S. Copyright Reg. No. VA0002421984) |
|  |  |  |

| Super Calm – 1 | Super Calm - 2 | Super Calm - 3 |
|---|---|---|
| (U.S. Copyright Reg. No. VA0002429898) | (U.S. Copyright Reg. No. VA0002429896) | (U.S. Copyright Reg. No. VA0002429895) |
|  |  |  |

| Super Calm - 4 | Super Calm - 5 | |
|---|---|---|
| (U.S. Copyright Reg. No. VA0002434905) | (U.S. Copyright Reg. No. VA0002434905) | |
|  |  | |

Registration Number

# VA 2-421-988

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
November 14, 2024

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Super calm Pouch Variety Pack |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 26, 2024 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC |
|  | 5940 S Rainbow Blvd, Ste 400   PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd |
|  | Ste 400   PMB 33718 |
|  | Las Vegas, NV 89118 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | Chetan Handa |

**Date**:   November 14, 2024

**Correspondence:**   Yes

**Registration Number**

# VA 2-421-986

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
November 14, 2024

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Super Calm Stick Pack |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | August 28, 2024 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC |
|  | 5940 S Rainbow Blvd, Ste 400  PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd |
|  | Ste 400  PMB 33718 |
|  | Las Vegas, NV 89118 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | Chetan Handa |

**Date**:    November 14, 2024

Registration Number

# VA 2-421-984

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
November 14, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Super Calm Tub Pack |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 15, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC |
| | 5940 S Rainbow Blvd, Ste 400   PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd |
| | Ste 400   PMB 33718 |
| | Las Vegas, NV 89118 United States |

## Certification

| | |
|---|---|
| **Name:** | Chetan Handa |

**Date**:    November 14, 2024

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-898

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Super Calm - 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 24, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC |
| | 5940 S Rainbow Blvd, Ste 400  PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd |
| | Ste 400  PMB 33718 |
| | Las Vegas, NV 89118 United States |

## Certification

| | |
|---|---|
| **Name:** | Chetan Handa |

**Date**:   November 14, 2024

---

**Copyright Office notes:**   Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-896

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
January 27, 2025

## Title ───────────────────────────

| | |
|---|---|
| **Title of Work:** | Super Calm - 2 |

## Completion/Publication ──────────────

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 24, 2024 |
| **Nation of 1st Publication:** | United States |

## Author ──────────────────────────

| | |
|---|---|
| • **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant ──────────────────

| | |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC<br>5940 S Rainbow Blvd, Ste 400  PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions ──────────────

| | |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd<br>Ste 400  PMB 33718<br>Las Vegas, NV 89118 United States |

## Certification ──────────────────────

| | |
|---|---|
| **Name:** | Chetan Handa |

**Date**:   November 14, 2024

**Copyright Office notes:**   Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-895

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Super Calm - 3 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 24, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | VITALIZE OFFICIAL LLC |
| | 5940 S Rainbow Blvd, Ste 400  PMB 33718, Las Vegas, NV, 89118, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | VITALIZE OFFICIAL LLC |
| **Address:** | 5940 S Rainbow Blvd |
| | Ste 400  PMB 33718 |
| | Las Vegas, NV 89118 United States |

## Certification

| | |
|---|---|
| **Name:** | Chetan Handa |

**Date**:  November 14, 2024

**Copyright Office notes:**  Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-434-905

**Effective Date of Registration:**
November 14, 2024
**Registration Decision Date:**
February 28, 2025

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** September 24, 2024 to September 24, 2024

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Super Calm Packs |
| **Number of Photographs in Group:** | 2 |
| • **Individual Photographs:** | Super Calm - 4 |
|  | Super Calm - 5 |
| **Published:** | September 2024 |

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | September 24, 2024 |
| **Latest Publication Date in Group:** | September 24, 2024 |
| **Nation of First Publication:** | United States |

### Author _____

|  |  |
|---|---|
| • **Author:** | VITALIZE OFFICIAL LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant _____

**Copyright Claimant:** VITALIZE OFFICIAL LLCVITALIZE OFFICIAL LLC
5940 S Rainbow Blvd, Ste 400  PMB 33718, Las Vegas, NV, 89118, United
States

### Rights and Permissions _____

**Organization Name:** VITALIZE OFFICIAL LLC
**Address:** 5940 S Rainbow Blvd
Ste 400   PMB 33718
Las Vegas, NV 89118 United States

## Certification

**Name:** Chetan Handa
**Date**: November 14, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.